# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| H-D MICHIGAN, LLC, et al., | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| v. | ) | Civil No.   09-378-P-S |
| | ) | |
| PAT HANNON, d/b/a BIG DADDY'S BARBEQUE, | ) ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 18) filed March 7, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiffs' Supplemental Application for Award of Attorney's Fees and Litigation Expenses (Docket No. 17) is **GRANTED** in a reduced amount of $37,444.82 ($37,631.82 minus $187), as more fully explained in the Recommended Decision.

                                                                                                                _/s/ George Z. Singal_
                                                                                                                United States District Judge

Dated this 25th day of March, 2010.